

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 10 80 0 69 MISC VRW**

Stuart West Willis - #48878

_____/

### ORDER TO SHOW CAUSE

It appearing that Stuart West Willis has been suspended for 90 days by the Supreme Court of California effective February 13, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Stuart West Willis
Attorney At Law

Willis & Lawrence
615 Green St
Martinez, CA 94553